

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00375-CV

| | | |
|---|---|---|
| Robert M. Cope and Cecile Y. Cope | § | From the Probate Court |
| | § | of Denton County (PR-2014-00776) |
| v. | § | December 31, 2014 |
| The State of Texas | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM